No. 1711, Misc.   CAMARILLO *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1721, Misc.   KOZUCK ET UX. *v.* PEOPLES TRUST COMPANY OF BERGEN COUNTY.   Sup. Ct. N. J.   Certiorari denied.

No. 1758, Misc.   CASTRUITA *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir.   Certiorari denied.

No. 1780, Misc.   WILLIAMS *v.* NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.

No. 1799, Misc.   DAILY *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 1796, Misc.   BRUNETTE *v.* EDMO ET AL.   Sup. Ct. Idaho.   Certiorari denied.

No. 1828, Misc.   SMITH *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Arthur Litz* for petitioner. *Solicitor General Griswold* for the United States.

No. 1831, Misc.   POWELL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *James Giles Hudson, Jr.,* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1845, Misc.   FOWLER *v.* PEYTON, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.